Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000287
21-NOV-2016
10:50 AM

NO. CAAP-12-0000287

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
WALTER GUITY, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 11-1-0288 and FC-CR. NO. 10-1-0022)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion of the court, filed on October 31, 2016, is hereby corrected as follows:

1.  In the caption, the reference to "CR. NO. 11-10288" should be corrected to read "CR. NO. 11-1-0288".

2.  On page 3, in the tenth line, the word "to" should be inserted between "motion" and "withdraw" so that as corrected, the text reads: ". . . motion to withdraw . . . ."

3.  On page 18, in the tenth line of the second paragraph, the word "sexual" should be inserted between "third-degree" and "assault" so that as corrected, the text reads: ". . . third-degree sexual assault . . . ."

4.  On page 19, in the tenth line, the word "foregoing" should be replaced with "forgoing" so that as corrected, the text reads: ". . . the option of (1) forgoing prosecution . . . ."

_____

[1] Nakamura, Chief Judge, and Foley and Leonard, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, November 21, 2016.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

2